**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/21/21

**By ECF**

Honorable Judge Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    United States v. Yordany Gonzalez, 21 Cr. 617 (AJN)

Dear Judge Nathan:

    I write on behalf of defendant Yordany Gonzalez to respectfully request a 30-day extension of the deadline for pretrial motions in this matter. Pretrial motions are currently due January 5, 2022 and a conference in this matter is scheduled for January 10, 2022. I understand no previous requests for an extension have been made.

    Mr. Gonzalez is represented by the Federal Defenders of New York ("Federal Defenders") and was previously represented by Anna Schneider. Ms. Schneider recently left her position with Federal Defenders; accordingly, I am Mr. Gonzalez's newly-appointed counsel. I request a 30-day extension of the deadline for pretrial motions in this matter so I can familiarize myself with the discovery and procedural history. For the same reasons, I further request that the Court reschedule the January 10, 2022 conference for a date of the Court's choosing, approximately 30 days later. I have conferred with counsel for the government in this matter, Assistant U.S. Attorney Matthew Weinberg, who does not oppose this request.

> Defendant's consented request to extend time to file pretrial motions by 30 days is GRANTED. Defendant shall file any pretrial motions by February 10, 2022. Any opposition is due by February 24, 2022, and any reply is due by March 2, 2022. The Court at the conference on October 28, 2021, declined to "set an interim conference" and stated that if a conference is needed, counsel may "put in a letter." Tr. at 7-8, Dkt. No. 7.
>
> SO ORDERED.
> *[signature: Alison J. Nathan]*
> 12/21/21

Respectfully submitted,

*/s/ Hannah McCrea*
Hannah McCrea, Esq.
(212) 417-8724