```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
             -v-                         :    21cr617 (DLC)
                                         :
 YORDANY GONZALEZ,                       :      ORDER
                                         :
                     Defendant.          :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

    This case having been reassigned to my docket, it is hereby

    ORDERED that the sentencing scheduled for Monday, March 28 is rescheduled to **March 30, 2022, at 11:00 AM in Courtroom 18B,** 500 Pearl Street.  In light of the ongoing COVID-19 pandemic,

    IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

    https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing at all times in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses. Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated: New York, New York
March 25, 2022

```
_____
         DENISE COTE
    United States District Judge
```